UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 1:10-CV-12039

ANITA E. BOIBEAUX
    a/k/a Anita E. Jeffries
        Plaintiff,

v.

Forsyth Law Offices, P.C.
        Defendants.

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this action shall be and hereby is dismissed with prejudice, without costs, and with all rights of appeal waived.

| PLAINTIFF | DEFENDANT |
|---|---|
| ANITA E. BOIBEAUX | FORSYTH LAW OFFICES, P.C. |
| By her attorneys, | By its attorneys, |
| /s/ Craig Thor Kimmel | /s/ John J. O'Connor |
| Craig Thor Kimmel, BBO # 662924 | John J. O'Connor, BBO #555251 |
| Kimmel & Silverman, P.C. | Peabody & Arnold LLP |
| 30 East Butler Pike | Federal Reserve Plaza |
| Ambler, PA 19002 | 600 Atlantic Avenue |
| (800) 536-6652 | Boston, MA 02210-2261 |
| kimmel@creditlaw.com | Tel. (617) 951-2100 |
|  | Fax. (617) 951-2125 |
|  | joconnor@peabodyarnold.com |

Dated: February 24, 2011.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the attached Stipulation of Dismissal via ECF on the following:

Craig Thor Kimmel, BBO # 662924
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA  19002

Dated: February 24, 2011.                    /s/ John J. O'Connor

739611_1
14926-95043